# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIV NO 08-00272 SOM-BMK |
| CASE NAME: | Dale Marczak v. H. M. Taufaasau & Assoc., Inc. Dba Hank's Café Honolulu |
| ATTYS FOR PLA: | Lunsford Dole Phillips |
| ATTYS FOR DEFT: | David J Minkin<br>Dayna H. Kamimura-Ching |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | In Chambers, No Record |
| DATE: | 7/7/2009 | TIME: | 11:00AM-11:27AM |

COURT ACTION: EP: Settlement Conference held. Settlement reached. Status Conference RE Dismissal set for August 18, 2009 at 9:00AM before Judge Barry M. Kurren. Rule 16 Scheduling Conference not held.

Submitted by Liam Skilling, Law Clerk.