McCORRISTON MILLER MUKAI MacKINNON LLP

| | |
|---|---|
| DAVID J. MINKIN | 3639 |
| DAYNA H. KAMIMURA-CHING | 8350 |

Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai`i  96813
Telephone:  (808) 529-7300
Facsimile:  (808) 524-8293
Email:  minkin@m4law.com

Attorneys for Defendant
H.M. TAUFAASAU & ASSOCIATES,
INC. dba HANK'S CAFÉ HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| DALE MARCZAK, | ) | CIVIL NO. 08-00272 SOM BMK |
| | ) | |
| Plaintiff, | ) | STIPULATION FOR DISMISSAL |
| | ) | WITH PREJUDICE AS TO ALL |
| vs. | ) | CLAIMS AND PARTIES AND ORDER |
| | ) | |
| H.M. TAUFAASAU & | ) | |
| ASSOCIATES, INC., dba | ) | NO TRIAL DATE SET |
| HANK'S CAFÉ HONOLULU, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

STIPULATION FOR DISMISSAL WITH PREJUDICE
AS TO ALL CLAIMS AND PARTIES AND ORDER

Defendants H.M. Taufaasau & Associates, Inc. dba Hank's Café Honolulu,

by and through its attorneys McCorriston Miller Mukai MacKinnon LLP, and

Plaintiff Dale Marczak, by and through his attorney, Lunsford Dole Phillips, Esq., stipulate to the dismissal of this action with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, each party to bear their own fees and costs.  There are no remaining claims or parties.  Trial of this matter has not been set.

DATED:  Honolulu, Hawai`i, August 3, 2009.

/s/ Lunsford Dole Phillips
LUNSFORD DOLE PHILLIPS

Attorney for Plaintiff

/s/ David J. Minkin
DAVID J. MINKIN
DAYNA H. KAMIMURA-CHING

Attorneys for Defendant
H.M. TAUFAASAU & ASSOCIATES, INC. dba HANK'S CAFÉ HONOLULU

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, August 4, 2009.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

Dale Marczak vs. H.M. Taufaasau & Associates, Inc. dba Hank's Café Honolulu; Civil No. 08-00272 SOM BMK; STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES AND ORDER